UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

**Jennifer Turner,**

                *Plaintiff*,      Case No. 3:17-cv-142

v.

                                  District Judge Thomas M. Rose

**Commissioner of Social Security,**      Chief Magistrate Judge Sharon Ovington

                *Defendant*.
_____

**ENTRY AND ORDER ADOPTING REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (ECF 12), OVERRULING DEFENDANT'S OBJECTIONS (ECF 13), AFFIRMING THE ALJ'S DECISION DENYING PLAINTIFF'S JUNE 3, 2014 AND AUGUST 29, 2014 APPLICATIONS FOR BENEFITS AND TERMINATING CASE.**
_____

      This matter comes before the Court pursuant to Objections (ECF 13) to the Report and Recommendations of Magistrate Judge Sharon Ovington (ECF 12) recommending that the ALJ's decision denying Plaintiff's June 3, 2014 and August 29, 2014 applications for benefits be affirmed and that case be terminated.

      The Court has reviewed the findings of the Magistrate Judge and, pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), this Court has made a *de novo* review of the record in this case. Upon consideration of the foregoing, the Court finds the Objections (ECF 13) are not well-taken and are hereby **OVERRULED**.

      The Court **ADOPTS** the Report and Recommendations (ECF 12) in its entirety. The ALJ's decision denying Plaintiff's June 3, 2014 and August 29, 2014 applications for benefits

are hereby **AFFIRMED**.   The instant case is **TERMINATED** on the docket of the United States District Court for the Southern District of Ohio, Western District at Dayton.

**DONE** and **ORDERED** this Monday, September 24, 2018.

**s/THOMAS M. ROSE**

---

THOMAS M. ROSE
UNITED STATES DISTRICT JUDGE